NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ TREVINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARK KOSEK, an individual; CBW, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 09-CV-04477-AHM-JCx<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION** |

On June 30, 2009, Plaintiff's attorney, William Delgado, filed a declaration stating that Defendant Kosek was personally served with Plaintiff's *Ex Parte* Application for Temporary Restraining Order on June 29, 2009 at approximately 12:06 p.m. Plaintiff also filed a proof of service. As of 4:00 p.m. on June 30, 2009, Kosek had not filed any opposition to the Application. The Court finds that Plaintiff Luz

Trevino's unopposed evidence shows that she probably would be irreparably harmed in the absence of a temporary restraining order, because it suggests that Defendant Mark Kosek is wrongfully attempting to liquidate the assets of CBW, LLC, a company in which Trevino is a 50% member.

TO DEFENDANT MARK KOSEK:

YOU ARE THEREFORE ORDERED TO SHOW CAUSE at 10:00 a.m. on July 10, 2009, or as soon thereafter as counsel may be heard in the courtroom of the Honorable A. Howard Matz, located at 312 N. Spring Street, Los Angeles, California, 90012, why you, your agents, servants, employees, and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from:

1. Transferring, selling, dissipating or otherwise disposing of the assets and resources of CBW, LLC ("CBW") including its money, products, inventory, equipment, financial records, and property.
2. Writing checks from CBW bank accounts.
3. Transferring, removing or otherwise disposing of money in CBW bank accounts including CBW's Bank of America account in Valencia, CA.
4. Utilizing any charge cards linked to CBW bank or credit account.
5. Opening new bank accounts in CBW's name
6. Removing any money, product, inventory, equipment, financial record, or property belonging to CBW or CadBlu from Valencia Self Storage.
7. Receiving or otherwise disposing of any security deposits made by CBW including a rent security deposit of $5,000 and an electric security deposit of $530 that is to be returned to CBW on July 31st for its commercial lease.
8. Procuring any inventory, pledging any asset or assuming any liability on behalf of CBW.

PENDING HEARING on the above Order to Show Cause, you, your agents, servants, employees, and attorneys and all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED FROM:

1. Transferring, selling, dissipating or otherwise disposing of the assets and resources of CBW, LLC ("CBW") including its money, products, inventory, equipment, financial records, and property.
2. Writing checks from CBW bank accounts.
3. Transferring, removing or otherwise disposing of money in CBW bank accounts including CBW's Bank of America account in Valencia, CA.
4. Utilizing any charge cards linked to CBW bank or credit account.
5. Opening new bank accounts in CBW's name
6. Removing any money, product, inventory, equipment, financial record, or property belonging to CBW or CadBlu from Valencia Self Storage.
7. Receiving or otherwise disposing of any security deposits made by CBW including a rent security deposit of $5,000 and an electric security deposit of $530 that is to be returned to CBW on July 31st for its commercial lease.
8. Procuring any inventory, pledging any asset or assuming any liability on behalf of CBW.

///
///
///
///
///
///

-3-
TEMPORARY RESTRAINING ORDER

1 | The above Temporary Restraining Order is effective on Plaintiff's filing of a
2 | bond in the sum of $7,500.00.  This Order to Show Cause and supporting papers must
3 | be served on Defendant no later than July 2, 2009, and proof of service shall be filed no
4 | later than July 6, 2009.  Kosek's response or opposition to this Order to Show Cause
5 | must be filed and personally served on Plaintiff's counsel no later than July 7, 2009,
6 | and proof of service shall be filed no later than July 7, 2009.  Any reply by Plaintiff to
7 | the opposition must be filed and personally served on Defendant or, if represented by
8 | counsel, on his counsel, no later than July 9, 2009, and proof of service shall be filed
9 | no later than July 10, 2009.

Dated:  June 30, 2009

cc: **Fiscal**

_____
A. Howard Matz
United States District Judge

-4-
TEMPORARY RESTRAINING ORDER