O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4477 AHM (JCx) | Date | July 6, 2009 |
|---|---|---|---|
| Title | LUZ TREVINO v. MARK KOSEK, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

    The Court has reviewed the response by Plaintiff to the Order to Show Cause. For good cause shown, the Court hereby DISCHARGES its June 30, 2009 Order to Show Cause that this Court has diversity jurisdiction over this matter.[1]

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 12.