O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-4477-AHM (JCx) | Date | July 10, 2009 |
|---|---|---|---|
| Title | LUZ TREVINO v. MARK KOSEK, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William A. Delgado | No Appearances |

**Proceedings:** HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [13] (non-evidentiary)

Cause called; appearances made. No appearance by defendants.

Court circulates tentative order and its Questions re: Citizenship of Parties. After questioning counsel, the Court orders further briefing to be filed by not later than Noon, July 13, 2009. The Court takes the OSC re: preliminary injunction under submission and extends the temporary restraining order to July 14, 2009.

|  | : | 06 |
|---|---|---|
| Initials of Preparer | | SMO |